To: Scott P. Phillips
Attorney At Law

RECEIVED NOV 29 2012 12-CR-189 WILLIAM E. CALLAHAN, JR UNITED STATES MAGISTRATE JUDGE

Date: Nov. 26, 2012
Re: Speedy Trial And Bond Hearing:

Greetings:

    Please be advised that I am writing you this letter to bring to your full attention that I am requesting that you put me in for a "Speedy Trial" were I have a Constitutional Right to a Speedy Trial as a matter of law.

    However, I am also requesting that you put in a motion on my behalf for a Bond Hearing ensaing. and thank's in advance.

Sincerly,

Devon Cole
Defendant

C.C.
Magistrate Williams E. Callahan Jr.