UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
    Plaintiff

v.

CASE # 12-CR-189

DEVON CHASE COLE,
    Defendant

## DEFENDANT'S MOTION FOR BILL OF PARTICULARS

The defendant, Devon Chase Cole, Pro-se and by his attorney, Scott P. Phillips, hereby moves this Court to order the Government to provide Devon Cole with a Bill of Particulars as to the conduct on the part of Devon Cole, that the Government contends made him part of the "CONSPIRACY" alleged in the indictment (12-CR-189).

This motion is based upon the attached memorandum of law.

Respectfully Submitted

by: Devon Chase Cole
    Pro-se etc

DATE: 12-9-12

Devon Cole