SCOTT P. PHILLIPS
Attorney at Law
Suite 605
633 W. Wisconsin Ave.
Milwaukee, Wisconsin  53203

_____

(414) 273-6677
Fax (414) 276-1130

_____

January 29, 2013

The Honorable Magistrate Judge Nancy Joseph
Federal Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI  53202

RE:  United States v. Devon Cole
      Case No. 12-CR-189


Dear Magistrate Judge Joseph:

Following our hearing earlier today, as promised, I went to the Adult Lock-up at the Marshall's office to meet with Mr. Cole.  Upon my arrival, the Marshall's office informed me that Mr. Cole was not available due to the late hour of the day and because he was already on his way back to the Kenosha Detention Center.

As a further update, I am planning on meeting with Mr. Cole this Friday afternoon together with Assistant United States Attorney Erica O' Neil and Agent Mathew McCarthy to review evidence and debriefings in this case.

As I indicated to this Court today, I will be available to meet with Mr. Cole on both days of this upcoming weekend to review all discovery materials in this case as well as to answer his questions and concerns in this case.

Thank you for your attention to this matter.

Very truly yours,


Scott Phillips
Attorney at Law