KVK

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
Plaintiff
vs.                                    12-CR-189
Devon Cole
                Defendant

2013 FEB 20 A 11: 04

## MOTION FOR APPOINTMENT OF NEW COUNSEL

Devon Cole, Pro-Se moves the Court for appointment of New Counsel and state as follows:

(1.) On Febuary 1, 2013, I was taken to the federal court builden without notice.

(2.) Once there I spoke with one of the U.S. Marshalls and asked why was I there and he stated I had a Court Status hearing at 1:30 pm

(3.) The marshals came and got me for court then took me to a room and handed me off to three (3) other Marshals.

(4.) After we all got off the elevator we made a short walk and at that time i asked were are we going court is the other way they told me that they are HIDTA agents and they had to ask me some questions.

(5.) I stop walking and told them to take me back to the bullpen i didn't ask for an interview nor did i accept one they didn't take me back.

(6.) Then Mr. Scott Phillips, Came with A.U.S.A her name is Oneal, and he told me to come on i told he no i have rights and that i have a right not to speak with the Au.s.a etc...

(7) Scott Phillips, Then states to me that <u>I have no rights</u> and that i was to go with them and then he told the agents to pick me up i made it Clear to them to take me back.

(8). once I was Return to lockup, Ten minutes later the Marshals came and told me I have a conference visit with Scott Phillips, Which I made clear I was Refusing any Conference Visit with scott Phillip, and that I was only leaving that Lockup to return to Kenosha County Detention Center.

(9). The other Marshal then asked me to just come out to the Conference Room door and tell Scott Phillips, I was Refusing his visit and Return to lockup, which I Refused and pointed out that yall have already Lie to me earier when yall (marshals) Claimed I had a Court Status hearing today.

(10) I believe it was Marshal Phil who open the Conference door and told Scott Phillips, I was Refusing to speak with him

(11.) I as well as the other two (2) Defendants Clearly heard Mr. Scott Phillips, tell the Marshals that <u>I don't have any rights and no rights to Refuse anything and they was to drag me out to him in the Conference room Now!</u>

(12.) When the marshals Refused to do that, Mr. Scott Phillips, then Stated Since yall not going to bring him to me I will just come back there to him.

(13) The marshals then told the other two (2) Defendants to please step into the next lockup because we all couldn't be in the same lockup cage while mr. Scott Phillips, speak with me.

(14.) Then Scott Phillips, then came and tried to talk with me but i acnor him because he had already Violated my wishes and Deceived me because I had already made it clear I was not going to talk with A.U.S.A. or its agents concerning my case.

(15). Scott Phillips, went on to claim (Lie!!) and telling me that they got me on camera doing "<u>Kilo</u>" Drug Deals and that he is not going to file any motions and I am goin to prison!

(16.) There's no "<u>Trust</u>" between Scott phillips and me, by the time this Court Receive this motion, The Wisconsin Supreme Court office of Lawyer Regulation will be receiving my written Grievance against Scott Phillips.

THEREFORE I Respectfully, <u>Pray</u> this Court Grant My motion for New Counsel

Devon Cole
Devon Cole Pro-Se

C. C. Supreme Court of Wisconsin