Dear federal Clerk,

My name is Devon Cole, my ss # I do not have, however my case # is 12CR189.

I am requesting my docket sheet, I greatly appreciate your assistance and help, in this matter.

Sincerely,

Devon Cole

Devon Cole
KCDC
4777 88th Ave
Kenosha, WI 53144