RTR

Dear Eastern District of Wisconsin                                11-28-13

Can the Court please provide me with an copy of the docket sheet for Case #12CR189. Thank you for your time

Sincerely yours
Devon Cole