UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC
FILED
DEC 17 2013
AT_____O'CLOCK_____M
JON W. SANFILIPPO, CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.  Case No. 12-CR-189

DEVON CHASE COLE,

Defendant.

## SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

1. Beginning sometime in 2010, and continuing until on or about August 31, 2012, in the State and Eastern District of Wisconsin and elsewhere,

**DEVON CHASE COLE,**

knowingly and intentionally conspired with persons known and unknown to the grand jury to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. Cole's conduct as a member of this conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about July 12, 2012, in the State and Eastern District of Wisconsin and the State and Northern District of Illinois,

**DEVON CHASE COLE**

knowingly aided and abetted the possession with intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

1. All property of the defendant constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of the violations set forth in this indictment, and all property of the defendant used, or intended to be used, in any manner or part, to commit or facilitate the commission of the violations, is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853. The property subject to forfeiture includes a personal money judgment against the defendant in the amount of $1,000,000, an amount representing the unseized proceeds of the violations charged in Counts One and Two, and funds used to facilitate the violations.

2. If any of the property described above, as a result of any act or omission of the defendant:

    A. cannot be located upon the exercise of due diligence;

    B. has been transferred or sold to, or deposited with, a third party;

    C. has been placed beyond the jurisdiction of the court;

    D. has been substantially diminished in value; or

    E. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON
Date: 12-17-2013

*[signature]*
JAMES L. SANTELLE
United States Attorney