# United States District Court

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA
        Plaintiff,

  V.                                               Case No. **12-CR-189**

**DEVON CHASE COLE**
        Defendant.

---

**PLEASE TAKE NOTICE** that the above-entitled case is scheduled for:

**ARRAIGNMENT AND PLEA ON SUPERSEDING INDICTMENT**

at the Federal Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI 53202

CTRM. NO. **242** at **9:30 a.m.** on **Friday, December 27, 2013**,

before **Hon. WILLIAM E. CALLAHAN, JR.**.

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Date: December 19, 2013            JON W. SANFILIPPO
                                                    Clerk of Court

<u>Counsel</u>                                        BY:   s/B.D. Ferrill
Thomas J Erickson                          B.D. Ferrill, Deputy Clerk
                                                       (414) 297-3332

                                                   __X__   AUSA Erica N O'Neil

<u>Defendant</u>                            __X__   U.S. Marshal
Devon Chase Cole
In Custody                           __X__   Pretrial Services