RTR

Eastern District of Wisconsin

Date 12.14.13

Can the Court please provide me an copy of the docket sheet for Case # 12CR189 thank you.

Devon Cole
8848L
K.C.D.C 4777 88th AV
Kenosha WI, 53144

Sincerely yours
Devon Cole