# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DEVON COLE | ARRAIGNMENT AND PLEA HEARING<br>CASE NUMBER 12-CR-189 |

HONORABLE WILLIAM E. CALLAHAN, JR., presiding  
Deputy Clerk: Brenda  
Hearing Held: December 27, 2013

Court Reporter:  
Hearing Began: 9:34:05  
Hearing Ended: 9:37:47

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Erica O'Neil |
| DEVON COLE, in person, and by: | Thomas Erickson ☒ CJA ☐ FDS ☐ RET |
| U.S. PROBATION OFFICE by: | |
| INTERPRETER: ☒ None ☐ Sworn | |

☐ Original Indictment ☒ Superseding Indictment ☐ Information ☐ Misdemeanor ☐ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | | Trial Estimate: | |
| Final Pretrial Date: | | Voir Dire: | January 16, 2014 |
| Jury Trial Date: | January 22, 2014 at 9:00 a.m. | Motions Due: | |
| District Judge: | Rudoph T. Randa | Responses Due: | |
| Magistrate Judge: | Nancy Joseph | Replies Due: | |

☐ Defendant advised of rights  
☐ Court orders counsel appointed  
   ☐ Defendant to reimburse at $ _____ per month  
☒ Defendant advised of charges, penalties, and fines  
☒ Copy of indictment received by defendant  
☐ ☐ Indictment read; or ☐ Defendant waives reading  
☒ Not guilty plea entered by:  
   ☒ defendant ☐ the court

☒ Open file policy applies  
   Discovery available:_____  
☐ Court discussed availability for incarcerated defendants  
☐ Government to disclose GJ materials one day prior to trial  
☐ Case designated complex  
☐ Scheduling conference set for:  
_____  
before ☐ AEG ☐ PJG ☐ WEC ☐ NJ

<u>Maximum Penalties:</u> Court gives background of case  
Ct. 1 - 10 yrs - life, 10 million, 5 yrs SRT  
Ct. 2 - new count - 5 yrs - 40 yrs, 5 million, 4 yrs SRT  
If counsel wish to file motions - a motion to adjourn trial date should be filed with Judge Randa

| | | |
|---|---|---|
| **DEVON COLE** | | 12-CR-189 |

**Bond Status:**
- ☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial
- ☐ Court orders federal detainer
- ☐ Defendant is ordered temporarily detained for a maximum of : ☐ 3 days ☐ 5 days ☐ 10 days
  Detention Hearing set for: _____
- ☐ Defendant detained but court will review upon motion proposing conditions of release
- ☐ Bond continued as previously set
- ☒ Detention continued as previously set
- ☐ Defendant is released on: ☐ O/R bond ☐ Unsecured bond in the amount of: _____
  ☐ Bond secured by: ☐ Cash ☐ Property ☐ Cash/property

**Conditions of Release:**
- ☐ Report to Pretrial Services as directed
- ☐ Execute appearance bond:
  - ☐ Cash only _____
  - ☐ Property only: Value: $_____ Location: _____
  - ☐ Cash or property: _____
- ☐ Seek/maintain employment
- ☐ Surrender passport to: _____
- ☐ Obtain no passport
- ☐ Travel restricted to: ☐ ED-WI ☐ _____
- ☐ No direct or indirect contact with: _____

- ☐ Undergo medical/psychiatric treatment: _____
- ☐ No firearms/weapons
- ☐ No excessive use of alcohol ☐ No alcohol
- ☐ No use, or illegal possession, of narcotic drugs/controlled substances, unless prescribed by a physician or other licensed medical practitioner
- ☐ Notify any medical provider of drug addiction
- ☐ Furnish PTS with a list of prescribed medications
- ☐ Testing for drugs/alcohol
- ☐ Inpatient drug treatment _____
- ☐ Outpatient drug treatment s directed by PTS
- ☐ Home confinement:
  - ☐ Curfew: ☐ as directed by USPO; or ☐ from: _____
  - ☐ Home detention with EM with restriction to residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by USPO
  - ☐ Home detention with electronic monitoring
  - ☐ Defendant to pay cost of EM as directed by PTS

- ☐
- ☐
- ☐