UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                          Case No. 12-CR-189

DEVON CHASE COLE,

        Defendant.

---

## GOVERNMENT'S PROPOSED VOIR DIRE

---

The plaintiff, United States of America, by its attorney, James L. Santelle, United States Attorney for the Eastern District of Wisconsin, Erica N. O'Neil and Margaret B. Honrath, Assistant United States Attorneys, respectfully request that the following questions be asked of potential jurors in the above-entitled action.

### I. CASE SPECIFIC QUESTIONS

1. This is a criminal case in which the defendant, Devon Chase Cole, is charged by indictment with conspiring to possess with intent to distribute cocaine and possession with intent to distribute cocaine. The case involves conduct that allegedly occurred in and around the City of Milwaukee, Rockford, Illinois, and elsewhere. Do any of you believe you may know anything about the facts and circumstances of this case?

2. The United States is represented in this case today by Assistant United

States Attorneys Erica N. O'Neil and Margaret B. Honrath. Do any of you know Ms. O'Neil or Ms. Honrath? Mr. Cole is represented by Tom Erickson. Do any of you know either Mr. Cole or Mr. Erickson?

## II. PRESUMPTION OF INNOCENCE, BURDEN OF PROOF AND REASONABLE DOUBT

3. Mr. Cole is presumed innocent unless and until the government proves his guilt beyond a reasonable doubt. Would any of you be unable to follow this requirement of the law?

4. On the other hand, if, after you have heard all the evidence, you find that the government has proven beyond a reasonable doubt every element of the offense, it is your duty to find the defendant guilty. Is there anyone who feels that they would be reluctant or unable to carry out that duty?

## III. FAMILIARITY WITH PROSECUTION/DEFENSE/POLICE WORK OR JURY SERVICE

5. Have you or any of your family or close friends or household members studied law or had any legal training, including paralegal training? Do you or any of your family or close friends or household members work for any firm or agency that does criminal defense work?

6. Have any of you every served as a trial juror in a criminal case? If so, was there anything about that experience that would make it difficult for you to serve in this case? Without stating what the verdict was, were you able to reach a verdict?

# IV. GENERAL EXPERIENCE WITH LAW ENFORCEMENT/ CRIMINAL MATTERS

7. Have any of you, any members or your family, or any close friends, had an experience with a law enforcement officer that would make it difficult for you to be a fair and impartial juror in this case?

8. Have you or any family member, close friend or member of your household ever been involved in a criminal case, either as a victim, witness or defendant?

# V. CONCLUSION

9. Do any members of the panel know any other reason, not already discussed, that might interfere with your ability to arrive at a fair and impartial verdict, or which causes you to feel you cannot sit as a juror in this case?

s/ Margaret Honrath
Erica N. O'Neil (WI 1028188)
Margaret B. Honrath (IL 6296758)
Assistant United States Attorneys
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin  53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
Erica.ONeil@usdoj.gov
Margaret. Honrath@usdoj.gov