RDR

Eastern District of Wisconsin Court House

Docket sheet

Date 1.9.14

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2014 JAN 13 P 12:28
JON A. SANFILIPPO
CLERK

Greetings:

Can the Court please provide me Devon Cole with an copy of the docket sheet for Case # 12CR189

Thank you for your time.

Sincerely yours,
Devon Cole

Devon Cole #88482 29-B
K.C.D.C
4777 88th Ave
Kenosha WI 53144