

Copy hand-delivered
to chambers

2014 JAN 21  P 1:57
JON W. SANFILIPPO
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                  Case No. 12-Cr-189 (RTR)

DEVON CHASE COLE,

Defendant.

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES:**

On July 12, 2012, in the State and Eastern District of Wisconsin and the State and

Northern District of Illinois,

**DEVON CHASE COLE**

knowingly and intentionally used a communication facility, that is a telephone, in committing,

causing, and facilitating the possession with intent to distribute cocaine, a Schedule II controlled

substance.

In violation of Title 21, United States Code, Section 843(b).

Jan. 21, 2014
Date

JAMES L. SANTELLE
United States Attorney