# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Rudolph T. Randa**, presiding.  Deputy Clerk:  **Linda M. Zik**

DATE:  **January 22, 2014  10:00 a.m.**  Court Reporter:  **Heidi Trapp**

CASE NO.  **12-Cr-189**  Time Called:  **10:07 am.**

UNITED STATES v. **Devon Chase Cole**  Time Concluded:  **10:24 am.**

PROCEEDING:  **CHANGE OF PLEA**

UNITED STATES by:  **Richard G. Frohling for Erica N. O'Neil**

PROBATION OFFICER:  **Sara M. Nieling**

INTERPRETER:

DEFENDANT:  **Devon Chase Cole,**  in person, and by

ATTORNEY:  **Thomas E. Erickson**

_____

___  Information filed today  **X**  Waiver of Indictment signed and filed today
___  Plea Agreement filed today

Plea:  **Guilty**  to Count  **1**  of the Information  (Superseding Indictment to be
dismissed at sentencing)

**X**  Adjudged Guilty  **X**  Presentence Report ordered

Sentencing date:  **April 2, 2014 at 2:00 p.m.**

Written objections to PSR due: _____
Versions of the offense due:  _____

*Sentencing Memorandums and motions must be filed at least one-week prior to the sentencing date.*

**X**  Defendant remanded to custody of U.S. Marshal
___  Bond continued as previously set

Defendant sworn.  Defendant waives the reading of the Information.  Court questions defendant.
Government's offer of proof is in the Plea Agreement.  See Attachment A.  Rule 32 waived in the Plea
Agreement.

Penalties:
Imprisonment: 4 years max; Fine: $250,000.00 max.; Special Assessment: $100.00;
Supervised Release: 1 year; Forfeiture

---

Defense counsel requests release on bond. The government does not object, at paragraph 22 of the Plea Agreement, subject to a residence being approved by probation. The defendant has been in custody for 15 months. He could be employed in Rockford. Government will recommend a time-served sentence.

Government confirms this. The defendant's residence would be in Rockford and it would need to be approved prior to his release.

Court grants the motion for release based upon the following conditions:
    (1) Residence must be approved by probation;
    (2) Travel restricted to ED/WI and ND/IL (later modified to include the State of WI and N/D of IL);
    (3) Become employed;
    (4) Report to pretrial services as directed;
    (5) No drugs/alcohol/guns;
    (6) Drug testing as directed.