AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-Cr-189 |
| Devon Chase Cole | ) | |
| *Defendant* | ) | |

U.S. DIST. ___ EAST DIST. WISC
JAN 22 2014
AT_____M
JON W. SANFILIPPO, CLERK

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1-22-14

_Devon Chase Cole_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

Thomas Erickson
*Printed name of defendant's attorney*

_[signature]_
*Judge's signature*

Rudolph T. Randa, U.S. District Judge
*Judge's printed name and title*